FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 MAY 25 AM 9:59

CLERK ___
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CALVIN FARR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV412-113 |
| OFFICER BUNDRANT, | ) |
| Defendant. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 25 day of _____, 2012.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA